IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH JUCHHEIM,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 22-404 |
| JULABO USA, INC., MARKUS JUCHHEIM and GERHARD JUCCHEIM,<br>    Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 1st day of August, 2022, upon review of Plaintiff's Motion to Remand, Defendants' response thereto, and Plaintiff's reply, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (Docket No. 9) is **DENIED**;

2. A telephone Rule 16 conference shall be held on September 9, 2022, at 11:00 a.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457;

3. The parties shall make the required initial disclosures under Fed. R.Civ. P. 26(a) within 20 days of the date of this Order;

4. The parties shall commence discovery immediately;

5. After consultation with counsel for all parties, counsel shall complete and submit the required Joint Status Report pursuant to Rule 26 (f); and

6. Counsel shall follow Judge Schmehl's Policies and Procedures which can be found at www.paed.uscourts.gov.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.