IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH JUCHHEIM, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-404 |
| | : | |
| JULABO USA, INC., MARKUS JUCHHEIM and GERHARD JUCCHEIM, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 16th day of August, 2023, after review of Defendants' Motion to Stay, Plaintiff's reply and Defendants' response thereto, as well as after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Stay (Docket No. 28) is **GRANTED**;

2. This action is **STAYED** until further order of this Court;

3. During the stay, Plaintiffs shall be permitted to seek testimony from Defendant Gerhard E. Juchheim, unless said testimony has already occurred.

                              **BY THE COURT:**

                              **/s/ Jeffrey L. Schmehl**
                              Jeffrey L. Schmehl, J.